UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MOORE,

        Plaintiff,

-against-

THE STATE OF NEW YORK, et al.,

        Defendants.

1:20-CV-426 (CM)

CIVIL JUDGMENT

COLLEEN McMAHON, Chief United States District Judge:

Pursuant to the order issued March 23, 2020, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed.

The Court dismisses Plaintiff's claims under 42 U.S.C. § 1983 as frivolous and for seeking monetary relief from defendants that are immune from such relief. 28 U.S.C. § 1915(e)(2)(B)(i), (iii).

The Court dismisses Plaintiff's claims for *habeas corpus* relief under 28 U.S.C. § 2241 without prejudice.

Because Plaintiff's complaint and its supplement make no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  March 23, 2020
          New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge